**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-8283**

———————————

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

COLIN F. GORDON, a/k/a Big Daddy, a/k/a Christopher A. Donald, a/k/a Daddy,

           Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James P. Jones, Chief District Judge. (3:04-cr-00023-JPJ-1)

———————————

Submitted: April 23, 2009          Decided: May 1, 2009

———————————

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Colin F. Gordon, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Colin F. Gordon appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gordon, No. 3:04-cr-00023-JPJ-1 (W.D. Va. Oct. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED